FILED
October 25 2005
Ed Smith
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. 05-537

IN THE MATTER OF THE HONORABLE )
JEFFREY LANGTON ) ORDER
)

FILED
OCT 25 2005
Ed Smith
CLERK OF THE SUPREME COURT
STATE OF MONTANA

CHIEF JUSTICE GRAY: This is the time and date set for the public discipline by the Supreme Court of the State of Montana of Jeffrey Langton, a District Court Judge of the Twenty-First Judicial District Court, Ravalli County, Montana.

Judge Langton, would you stand and identify yourself for the record?

Are you one and the same Jeffrey Langton who is the subject of disciplinary action in this Court under our Cause No. 05-537?

If you will now come to the well of the Court in front of the rostrum and face the Court, I will proceed with your public censure.

Judge Langton, this public censure is being delivered today in accordance with our Order filed September 28, 2005, issued from this Court and served upon you. These proceedings are founded on an investigation, report and recommendations by the Judicial Standards Commission (Commission), which was established by the Montana Legislature pursuant to Article VII, Section 11 of the 1972 Montana Constitution, for the purpose of investigating ethical complaints about judges and, where appropriate, recommending discipline of judges.

Among other things previously outlined in our Order filed September 28, 2005, the Commission unanimously recommended a public reprimand of you by this Court. The

1

Constitution contains the word "censure," rather than "reprimand." In turn, Black's Law Dictionary defines "censure" as "[a]n official reprimand or condemnation." For that reason, and with your consent, we use the constitutional word censure in this proceeding today.

Judge Langton, your past habitual intemperance is a constitutional basis for censure. It is this Court's duty to maintain the trust and confidence of the people of Montana in its judiciary.

Judge Langton, we hereby impose upon you the public censure of this Court.

Copies of this Proceeding in Public Censure shall be delivered to you, Judge Langton, to Shauna Ryan, Commission staff, and to the Chair of the Judicial Standards Commission.

DONE in open Court this 25th day of October, 2005.

_____
Chief Justice

_____
_____
_____
_____
_____
_____
Justices