## AFFIDAVIT/DECLERATION

I, Rex Walker, declare as follows:

1. My name is Rex Walker

2. I am over eighteen years of age and otherwise competent to testify.

3. I make this affidavit to hopefully prevent and protect myself from retaliation by District Court Judge Jeffrey H. Langton in a belief that public disclosure of these facts will make it less likely that I will be retaliated against.

4. Unless I affirmatively and publically state these facts, I truly fear that Judge Langton will engage in extra-judicial actions to harass and otherwise bring illegal scrutiny on me for truthfully stating that Judge Langton bought meth and crystal meth from me.

5. Judge Jeffrey H. Langton is refusing to provide me with my case file as reported to me by The Ravalli County Clerk of Court's Office, claiming that he needed to see what parts of the file he could send to me. I don't believe that there were any confidential informants whose names or information needed redacting, and all other information and records in that file should be freely given to me upon proper identification. I believe this is an attempt to illegally stifle my ability to correct the record in my case.

6. In 1999, I was thirteen years of age. I began selling meth and crystal meth for a man who distributed out of the Rainbow Bar in Hamilton, Montana.

7. On a Wednesday night in June or July of 1999, I was outside of the Rainbow Bar on N. Second Street in Hamilton, MT.

8. A man in a suit came out of the Rainbow Bar. I would latter come to find out that the man was District Court Judge Jeffrey H. Langton.

9. At approximately 10:30 at night, I was approached by Judge Langton and he stated "Got any stuff?"

10. His speech was slurred, he smelled of alcohol, and his face was flushed.

11. I told him that I had rock (crystal meth) and that it would cost $30.

12. He paid me the money and I handed him a crystal.

13. He then went back into the Rainbow Bar.

14. In September of 1999 on a Tuesday night at approximately 8 o'clock, I was again outside of the Rainbow Bar and I was again approached by Judge Langton.

15. This time Judge Langton was not dressed in a suit but instead in casual clothes.

16. His speech was not slurred and appeared sober.

17. He asked me again if I had any stuff.

18. I told him that I had some powder (meth) and he gave me $30.

19. This time I handed him a bag with a white powder that I believed was meth in an amount that it would take to fill a ChapStick lid and a bit more.

20. Judge Langton then went back inside the Rainbow Bar.

21. On a Friday in February of 2000 shortly after 5 p.m., I was again approached by Judge Langton outside the Rainbow Bar.

22. Judge Langton asked me if I had anything stuff for him.

23. I told him that I did not but that I get some rock (crystal meth) for him.

24. Judge Langton paid me $30 and told me to deliver it to his house in Victor, MT.

25. I went to my supplier and he gave me some crystal meth.

26. A good friend, another person, and I then rode our bikes from Hamilton, MT to Judge Langton's house outside of Victor, MT.

27. We arrived at Judge Langton's house around 10 that same night.

28. Judge Langton invited us into his house and he appeared to be there alone with his daughter.

29. Judge Langton then offered me and my two friends Jack Daniels and Coke. My friend Cole Young and I were both thirteen years of age, and another person with us was 15.

30. Out of sight of his daughter, I gave Judge Langton a rock (crystal meth).

31. We stayed at Judge Langton's for about an hour and each of my friends and I consumed at least one Jack Daniels and Coke.

32. That was the last time that I sold to Judge Langton.

33. I was latter sentenced as a juvenile by Judge Langton for a crime that was committed in 1999.

34. Judge Langton had to have known my age and my identity because he was the judge assigned to hear my case.

35. Judge Langton did not recuse himself from my case despite having bought meth from me.

36. As part of my sentence I was sent to Pine Hills Youth Correctional Facility, in Miles City, MT.

37. I later violated the terms of my probation and it was revoked by Judge Langton, and again Judge Langton did not recuse himself from my case.

38. I was sentenced to serve a term at Montana State Prison.

39. I was afraid of what Judge Langton would do to me if I brought up his conflict of judging someone from whom he had purchased meth and crystal meth.

I declare under penalty of perjury under the laws of the United States of America that the statements contained in this Affidavit/Declaration are true and correct to the best of my knowledge.

Executed on the 11 day of October, 2016.

*[signature]*
Rex Walker

On this 11 day of October, 20 16, before me, the undersigned, a Notary Public, personally appeared REX WALKER, known or verified to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same.
IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notarial Seal the day and year first above written.

*[signature: Sharon D. Hamill]*
NOTARY PUBLIC for the State of Montana
Residing in Billings, Montana



My Commission Expires June 8, 2020