## AFFIDAVIT/DECLERATION

I, Robert Farmer, declare as follows:

1. My name is Robert Farmer.

2. I am over eighteen years of age and otherwise competent to testify.

3. In September of 2009, I was living with my wife Lisa Farmer at 3418 Balsam Ln. in Stevensville, Montana.

4. We had recently moved to that address.

5. Heather Portner was a friend of a neighbor of ours.

6. She came over to our house and engaged us in conversation in September of 2009.

7. During this conversation, Heather made the following statements to my wife and me and referred to Judge Langton by his first name:

   a. "I party with Judge Langton."

   b. "I have been to his house and party with him and his girlfriend in his hot tub and we do cocaine."

   c. "I am bisexual."

   d. "Kippy and I would have sex with Jeff in his hot tub."

8. Kiplynn Limberg was the name of the Judge Langton's live-in girlfriend.

9. In October of 2010, my wife and I moved in with Heather for two weeks after working in California for the summer.

10. I was a union operating engineer in local number 3 in Sacramento, California and Reno, Nevada. I worked for Spalding in the Bitterroot Valley.

11. While we were at Heather's home, Heather made the same claims as she had made in September of the 2009. The claims were a verbatim recitation of her earlier claims.

I declare under penalty of perjury under the laws of the United States of America that the statements contained in this Affidavit/Declaration are true and correct to the best of my knowledge.

Executed on the 13 day of October, 2016.

Robert Farmer

On this 13 day of October, 20 16, before me, the undersigned, a Notary Public, personally appeared ROBERT FARMER, known or verified to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same.
IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notarial Seal the day and year first above written.

NOTARY PUBLIC for the State of Nevada
Residing in Washoe County
My Commission Expires June 23, 2020

LEYSA MAITLAND
Notary Public, State of Nevada
Appointment No. 16-2839-2
My Appt. Expires Jun 23, 2020