TIMOTHY C. FOX
Montana Attorney General
MATTHEW T. COCHENOUR
J. STUART SEGREST
Assistant Attorneys General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone:  406-444-2026
Fax:  406-444-3549
mcochenour2@mt.gov
ssegrest@mt.gov

COUNSEL FOR DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROBERT MYERS,<br><br>          Plaintiff,<br><br>  v.<br><br>WILLIAM E. FULBRIGHT, in his official capacity as the County Attorney for Ravalli County; TIMOTHY C. FOX, in his official capacity as Attorney General for the State of Montana,<br><br>          Defendants. | Cause No. CV 17–59–M–DWM–JCL<br><br>**DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION** |

Under Fed. R. Civ. P. 12(b)(1) and 12(h)(3), Defendants move to

dismiss this action for lack of subject matter jurisdiction.  Plaintiff

Robert Myers has suffered no injury in fact and has presented claims rooted in speculation and conjecture.  Thus, Myers lacks standing, his claims are not ripe, and this Court must dismiss for lack of subject matter jurisdiction.

This motion is supported by Defendants' brief in support of motion to dismiss for lack of subject matter jurisdiction.  Pursuant to Local Rule 7.1(c)(1), opposing counsel has been contacted and objects to this motion.

Respectfully submitted this 1st day of June, 2017.

> TIMOTHY C. FOX
> Montana Attorney General
> MATTHEW T. COCHENOUR
> J. STUART SEGREST
> Assistant Attorneys General
> 215 North Sanders
> P.O. Box 201401
> Helena, MT 59620-1401
>
> By:   */s/ Matthew T. Cochenour*
> MATTHEW T. COCHENOUR
> Assistant Attorney General
> Counsel for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing document with the clerk of the court for the United States District Court for the District of Montana, using the cm/ecf system.

Participants in the case who are registered cm/ecf users will be served by the cm/ecf system.

Dated:  June 1, 2017           */s/  Matthew T. Cochenour*
                               MATTHEW T. COCHENOUR
                               Assistant Attorney General
                               Counsel for Defendants