
FILED
JUN 06 2017
Clerk, U S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROBERT MYERS,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM E. FULBRIGHT, in his official capacity as the County Attorney for Ravalli County; TIMOTHY C. FOX, in his official capacity as Attorney General for the State of Montana,<br><br>Defendants. | CV 17-59-M-DLC-JCL<br><br>ORDER |

Plaintiff Robert Myers requests that his counsel, Matthew Monforton, be permitted to withdraw as his counsel, and that Myers be permitted to proceed pro se. Myers has filed his signed written consent which is also signed by Monforton as required by L.R. 83.3(b). Therefore, IT IS HEREBY ORDERED the motion for Monforton to withdraw is GRANTED, and Myers may proceed pro se.

DATED this 6th day of June, 2017.

Jeremiah C. Lynch
United States Magistrate Judge

1