IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROBERT MYERS,<br><br>        Plaintiff,<br><br>  vs.<br><br>WILLIAM E. FULBRIGHT, in his official capacity as the County Attorney for Ravalli County; TIMOTHY C. FOX, in his official capacity as Attorney General for the State of Montana,<br><br>        Defendants. | CV 17-59-M-DWM-JCL<br><br>ORDER |

IT IS ORDERED that oral argument on Defendants' Motion to Dismiss (doc. 13) is set for January 17, 2018, at 11:00 a.m. at the Russell Smith Courthouse, 201 E. Broadway, Missoula, Montana.

DATED this 3rd day of January, 2018.

_/s/ Jeremiah C. Lynch_
Jeremiah C. Lynch
United States Magistrate Judge

1