IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROBERT MYERS,<br><br>           Plaintiff,<br><br>vs.<br><br>WILLIAM E. FULBRIGHT, in his official capacity as the County Attorney for Ravalli County; TIMOTHY C. FOX, in his official capacity as Attorney General for the State of Montana,<br><br>           Defendants. | CV 17–59–M–DWM–JCL<br><br>ORDER |

      United States Magistrate Judge Lynch entered a Findings and Recommendation on January 30, 2018, recommending the Court deny the defendants' motion to dismiss this action for lack of standing pursuant to Federal Rule of Civil Procedure 12(b)(1). (Doc. 38.) Because no objections were filed, Judge Lynch's conclusions are reviewed for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *Concrete Pipe & Prods. of Cal., Inc. v. Constr. Laborers*

1

*Pension Trust for S. Cal.*, 508 U.S. 602, 623 (1993) (internal quotation marks omitted). Judge Lynch did not clearly err in determining that Plaintiff Robert Myers has Article III standing to bring both his as-applied and facial challenges to Montana's criminal defamation statute, Mont. Code Ann. § 45–8–212.

Accordingly, IT IS ORDERED that Judge Lynch's Findings and Recommendation (Doc. 38) is ADOPTED-IN-FULL.

IT IS FURTHER ORDERED that the defendants' motion to dismiss (Doc. 13) is DENIED.

Dated this 20th day of February, 2018.

Donald W. Molloy, District Judge
United States District Court