IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROBERT MYERS,<br><br>                 Plaintiff,<br><br>vs.<br><br>WILLIAM E. FULBRIGHT, in his official capacity as the County Attorney for Ravalli County; TIMOTHY C. FOX, in his official capacity as Attorney General for the State of Motnana.<br><br>                 Defendants. | CV 17-59-M-DWM-JCL<br><br><br>ORDER |

    Plaintiff Robert Myers has moved this court to amend the August 8, 2017 Scheduling Order (Doc. 30) in this matter. The motion is unopposed. The basis for the amendments to the Scheduling Order is that discovery that was stayed in the Scheduling Order until the issue of standing was resolved. Standing has been resolved and the decision on standing became effective on February 28, 2018 with the acceptance by Judge Molloy of this Court's Findings and Recommendations (Doc. 41).

1

The court finds this to be good cause to amend the August 8, 2017 Scheduling Order as follows:

1. The Discovery Deadline will now be August 22, 2018.

2. The Motions Deadline (including motions and limine) (fully briefed) will be October 22 2018.

3. Attorney Conference to Prepare Final Pretrial Order will take place the week of January 14, 2019

4. A January 22, 2019 Deadline to File Proposed Final Pretrial Order, Proposed Findings of Fact/Conclusions of Law, and Trial Briefs and e-mail to dwm_propord@mtd.uscourts.gov (Trial Briefs are optional).

5. A January 22, 2019 Deadline to give notice to the Court Reporter of intent to use real time.

6. A January 22, 2019 Deadline to give notice to I.T. Supervisor of intent to use electronic exhibits or video conferencing.

7. Final Pretrial Conference will take place on February 4, 2019 at 9:00 a.m. at the Russell Smith Court House in Missoula Montana.

8. A Bench Trial will occur on February 4, 2019 immediately following the final pretrial conference at the Russell Smith Court House in Missoula, Montana.

There will be no other changes to the August 8, 2017 Pretrial Order.

DATED this 5th day of April, 2018.

_____
Jeremiah C. Lynch
United States Magistrate Judge