IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROBERT MYERS,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM E. FULLBRIGHT, in his official capacity as the County Attorney for Ravalli County; TIMOTHY C. FOX, in his official capacity as Attorney General for the State of Montana,<br><br>    Defendants. | CV 17–59–M–DWM–JCL<br><br>ORDER<br><br>FILED<br><br>JAN 25 2019<br><br>Clerk, U.S Courts<br>District Of Montana<br>Missoula Division |

In light of the pending Findings and Recommendation (Doc. 67) to which Plaintiff Robert Myers objects (Doc. 71),

IT IS ORDERED that the Final Pretrial Conference and Bench Trial set for February 4, 2019, are VACATED. The related deadlines are also VACATED. Trial will be reset by separate order, if necessary, following disposition of these matters.

DATED this 25st day of January, 2019.

Donald W. Molloy, District Judge
United States District Court