IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| ROBERT MYERS, | CV 17-59-M-DWM-JCL |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| WILLIAM E. FULBRIGHT, in his official capacity as the County Attorney for Ravalli County; TIMOTHY C. FOX, in his official capacity as Attorney General for the State of Montana. | |
| Defendants. | |

On April 1, 2019, Plaintiff Robert Myers filed a motion for an order awarding him his attorney's fees and costs under 42 U.S.C. § 1988. On April 29, 2019, Myers filed a notice stating the parties have reached an agreement as to the amount of the fees and costs Defendants William Fullbright and Timothy Fox will pay to Myers. Therefore, Myer's notice states he is withdrawing his motion. Therefore, IT IS HEREBY ORDERED that Myers' motion is WITHDRAWN and TERMINATED.

DATED this 30th day of April, 2019.

_____
Jeremiah C. Lynch
United States Magistrate Judge